CHIEF JUSTICE
ROGELIO VALDEZ

JUSTICES
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

CLERK
DORIAN E. RAMIREZ



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

September 29, 2015

Hon. Laura Hinojosa
District Clerk
100 N Closner - 1st Floor
Edinburg, TX 78539
* DELIVERED VIA E-MAIL *

Re:      Cause No. 13-14-00491-CV
Tr.Ct.No. C-2190-14-D
Style:    Marla Cuellar v. Omar Maldonado

Dear Ms. Hinojosa:

The judgment of the trial court in the above cause was REVERSED and RENDERED by this Court on the 5th day of March, 2015. The mandate is enclosed.

Costs of the appeal were adjudged against appellee.

Pursuant to Section 51.204(b) of the Government Code, the attorneys of record are hereby notified that any exhibits submitted to the Court by a party may be withdrawn by that party or the party's attorney of record within 30 days. Exhibits on file with the Court will be destroyed three (3) years after final disposition of the case or at an earlier date if ordered by the Court.

Very truly yours,

*Dorian E. Ramirez*

Dorian E. Ramirez, Clerk

DER:cc
Enc.
cc:   Hon. Jose Garza (DELIVERED VIA E-MAIL)
      Hon. Keith C. Livesay (DELIVERED VIA E-MAIL)

# M A N D A T E

TO THE 206TH DISTRICT COURT of HIDALGO COUNTY, GREETINGS:

Before our Court of Appeals for the Thirteenth District of Texas, on the 5th day of March, 2015, the cause upon appeal to revise or reverse your judgment between

Marla Cuellar,                                                    Appellant,

v.

Omar Maldonado,                                                  Appellee.

CAUSE NO. 13-14-00491-CV                      (Tr.Ct.No. C-2190-14-D)

was determined; and therein our said Court made its order in these words:

THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be reversed and rendered. The Court orders the judgment of the trial court REVERSED and RENDERED. Costs of the appeal are adjudged against appellee.

We further order this decision certified below for observance.

★ ★ ★ ★ ★ ★ ★

WHEREFORE, WE COMMAND YOU to observe the order of our said Court of Appeals for the Thirteenth District of Texas, in this behalf, and in all things have it duly recognized, obeyed and executed.

WITNESS, the Hon. Rogelio Valdez, Chief Justice of our Court of Appeals, with the seal thereof affixed, at the City of Edinburg, Texas this 29th day of September, 2015.

Dorian E. Ramirez, CLERK



# BILL OF COSTS

## THIRTEENTH COURT OF APPEALS

### CORPUS CHRISTI - EDINBURG

No. 13-14-00491-CV

**Marla Cuellar**

v.

**Omar Maldonado**

(No. C-2190-14-D IN 206TH DISTRICT COURT OF HIDALGO COUNTY)

| TYPE OF FEE | CHARGES | PAID | BY |
|---|---|---|---|
| FILING | $10.00 | E-PAID | APE |
| FILING | $10.00 | E-PAID | ANT |
| FILING | $10.00 | E-PAID | ANT |
| FILING | $15.00 | E-PAID | APE |
| FILING | $10.00 | E-PAID | APE |
| FILING | $10.00 | E-PAID | ANT |
| FILING | $10.00 | E-PAID | ANT |
| REPORTER'S RECORD | $87.00 | UNKNOWN | RPT |
| FILING | $10.00 | E-PAID | ANT |
| REPORTER'S RECORD | $894.00 | UNKNOWN | RPT |
| CLERK'S RECORD | $176.00 | UNKNOWN | CLK |
| FILING | $10.00 | E-PAID | ANT |
| FILING | $10.00 | E-PAID | ANT |
| STATEWIDE EFILING FEE | $20.00 | E-PAID | ANT |
| FILING | $100.00 | E-PAID | ANT |
| SUPREME COURT CHAPTER 51 FEE | $50.00 | E-PAID | ANT |
| INDIGENT | $25.00 | E-PAID | ANT |

**Balance of costs owing to the Thirteenth Court of Appeals, Corpus Christi, Texas: 0.00**

### _Court costs in this cause shall be paid as per the Judgment issued by this Court._

I, **DORIAN E. RAMIREZ, CLERK** OF THE THIRTEENTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE THIRTEENTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.



**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Thirteenth District of Texas, this September 29, 2015.

_Dorian E. Ramirez_

Dorian E. Ramirez, Clerk